UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.                                         )<br>)<br>1. JOHN CLARK,                  )<br>)<br>          Defendant.           ) | No **04 CV 10075 PBS**<br>VIOLATIONS:<br>21 U.S.C. § 846 –<br>Conspiracy to Possess<br>With Intent to Distribute<br>And to Distribute Marijuana |

### INDICTMENT

**COUNT ONE**:   (21 U.S.C. § 846 – Conspiracy to Possess With Intent To Distribute and to Distribute Marijuana)

The Grand Jury charges that:

From a date unknown to the Grand Jury, but no later than in or about April, 2000, and continuing until a date unknown, but no earlier than January 16, 2004, at Boston and Brookline, and elsewhere, in the District of Massachusetts, and elsewhere,

**1. JOHN CLARK,**

defendant herein, knowingly and intentionally combined, conspired, and agreed with others known and unknown to the Grand Jury, to possess with intent to distribute and to distribute marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the conspiracy involved 100 kilograms or more of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(B) is applicable to this Count.

All in violation of Title 21, United States Code, Section 846.

## CRIMINAL FORFEITURE ALLEGATION
### (21 U.S.C. § 853)

The Grand Jury further charges that:

1. As a result of committing the offense alleged in Count One of this indictment, in violation of 21 U.S.C. §846 and 841(b)(1)(B) (conspiracy to possess with intent to distribute and to distribute marijuana):

**1. JOHN CLARK,**

defendant herein, if convicted, shall forfeit to the United States, pursuant to 21 U.S.C. §853: (1) any and all property constituting or derived from any proceeds the said defendant obtained directly or indirectly as a result of the charged offenses; and (2) any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offense.

All in accordance with Title 18, United States Code, Section 853 and Rule 32.2(a), Federal Rules of Criminal Procedure.

**A TRUE BILL**

*/s/ William [signature]*
FOREPERSON OF THE GRAND JURY

*/s/ Rachel E. Hershfang /phl*
RACHEL E. HERSHFANG
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; March 18, 2004.    1:49

Returned into the District Court by the Grand Jurors and filed.

*/s/ [signature]*
DEPUTY CLERK