# FINANCIAL AFFIDAVIT

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |
|---|---|---|---|---|---|

IN THE CASE OF: USA v.s. John Clark
FOR
AT

PERSON REPRESENTED (Show your full name): John Clark

1. ☐ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

DOCKET NUMBERS
Magistrate:
District Court: 04-10075
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →)   ☐ Felony   ☐ Misdemeanor

## EMPLOYMENT

Are you now employed? ☐ Yes  ☐ No  ☑ Am Self-Employed
Name and address of employer: _depending per month_
IF YES, how much do you earn per month? $ 0 to 2000
IF NO, give month and year of last employment
How much did you earn per month? $ _____

If married is your Spouse employed? ☐ Yes  ☑ No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

## ASSETS

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☑ Yes  ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED: 8000
SOURCES: from record produced in Japan

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☑ No   IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☑ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE: _____
DESCRIPTION: _____

## DEPENDENTS

MARITAL STATUS: ☑ MARRIED (SINGLE / WIDOWED / SEPARATED OR DIVORCED)
Total No. of Dependents: 3
List persons you actually support and your relationship to them:
- Neda — wife
- Minoo — daughter
- Skyler — son

## OBLIGATIONS & DEBTS

DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| $800/mo rent | | $ | $ |
| | Credit cards | $13,000 | $1000 |
| | other debts in collection in excess of 80,000 | | |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date): 3/24/04

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ _[signature]_