AO 442 (Rev. 4/97) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

JOHN CLARK

**04cr10075 PBS**

WARRANT FOR ARREST

Case Number:

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **John Clark**
                                          Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X INDICTMENT  ☐ INFORMATION  ☐ COMPLAINT  ☐ ORDER OF COURT  ☐ VIOLATION OF NOTICE  ☐ PROBATION VIOLATION PETITION

CHARGING HIM OR HER WITH (brief description of offense)

**conspiracy to possess with intent to distribute and to distribute marijuana**

in violation of Title __21__ United States Code, Section(s) __846__.

Catherine M. Gawlik
Name of Issuing Officer                          Title of Issuing Officer

Catherine M. Gawlik                              Boston, MA;  March  , 2004
Signature of Issuing Officer                     Date and Location

Bail fixed at $ _____          BY _____

### RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE NAMED DEFENDANT
AT _____

| DATE RECEIVED | WARRANT EXECUTED BY NAME AND TITLE OF ARRESTING OFFICER BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 3/26/04 | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____John Clark_____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____M_____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____