AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

USA v. John Clark

**EXHIBIT AND WITNESS LIST**

Case Number: 04cr10075 PBS

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Saris / Cohen | USA - Rachel Hershfang | Michael Andrews |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|  | Digital |  |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ |  | 3/29 |  | ✓ | Dennis Barton - DEA Agent |
| 1 |  | 3/29 | ✓ | ✓ | Affidavit Sworn by Agent Re: Search Warrants |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages