# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**

    V.

**JOHN CLARK, ET AL**       CR: **04-10075 PBS**
    **Defendant**

## APPOINTMENT OF FEDERAL DEFENDER

The financial inability of the defendant, **MIGUEL IBARRA** to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel.

It is hereby **ORDERED** that the Federal Defender Office for the District of Massachusetts be appointed, effective as of **APRIL 8, 2004** to represent said defendant in this cause until further order of the Court.

        TONY ANASTAS
        CLERK OF COURT

    By:    **/s/ Maria Simeone**
        Courtroom Deputy
        The Honorable Lawrence P. Cohen

DATE: **APRIL 8, 2004**

(Appt Fed def.wpd - 11/98)      [koapptpd.]