```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )    No. 04-10075-PBS
                              )
                              )    VIOLATIONS:
                              )    21 U.S.C. § 846 -
     v.                       )    Conspiracy to Possess
                              )    With Intent to Distribute
1. JOHN CLARK,                )    And to Distribute Marijuana
2. MIGUEL IBARRA,             )
   a/k/a "John,"              )    21 U.S.C. § 846 -
   a/k/a "Johnny,"            )    Conspiracy to Possess
3. JOSE MARIA SALAZAR-IBARRA, )    With Intent to Distribute
   a/k/a "Jose Salas,"        )    And to Distribute Cocaine
   a/k/a "Arturo Blanco,"     )
   a/k/a "Arthur,"            )
                              )
          Defendants.         )
```

**GOVERNMENT'S MOTION TO UNSEAL SUPERSEDING INDICTMENT**

The United States Attorney hereby respectfully moves the Court to unseal the superseding indictment in this case.

Respectfully submitted,
MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Rachel E. Hershfang
RACHEL E. HERSHFANG
Assistant U.S. Attorney

Dated: April 6, 2004