UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| | ) No. 04-10075-PBS |
| v. | ) |
| | ) |
| | ) |
| 1. JOHN O. CLARK | ) |
| | ) |
| Defendant. | ) |
| | ) |

INFORMATION

Pursuant to Title 21, United States Code, Section 851, the government files this Information giving notice that at the sentencing of defendant John O. Clark, the government will seek increased punishment by reason of the following criminal conviction:

1.   Jackson County Circuit Court Docket Number CR 1997-02884; Offense: Distributing/Delivering/Manufacturing a Controlled Substance; Conviction Date: January 26, 1998.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   RACHEL E. HERSHFANG
Assistant U.S. Attorney

Dated: April 13, 2004

<u>CERTIFICATE OF SERVICE</u>

       This is to certify that I have this day served upon below-noted counsel of record a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery, this 13th day of April 2004.

Michael C. Andrews, Esq.
21 Custom House
Boston, MA 02110

Catherine Byrne, Esq.
Federal Defenders Office
408 Atlantic Avenue
Boston, MA  02109

 

Rachel E. Hershfang