UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA

CRIMINAL ACTION
NO.   04-10075-PBS

v.

JOHN CLARK


**NOTICE OF RULE 11 HEARING**


SARIS, U.S.D.J.                                                    November 23, 2004


        TAKE NOTICE that the above-entitled case has been set for a Rule 11 Hearing on **December 17, 2004**, at **3:00 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

**NOTE:** Defense counsel is to contact U.S. Probation and make arrangements to meet with the probation officer on the morning of the Rule 11 hearing.  Counsel should be prepared to spend as much time as necessary for the interview process as it takes approximately two hours.




                                        By the Court,



                                         /s/ Robert C. Alba
                                        Deputy Clerk



Copies to:  All Counsel