*In Open Court*
*USDC, Mass.*
*Date 2-28-05*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No.04-10075-PBS |
| | ) | |
| | ) | VIOLATIONS: |
| | ) | 21 U.S.C. § 846 - |
| v. | ) | Conspiracy to Possess |
| | ) | With Intent to Distribute |
| 1. JOHN CLARK, | ) | And to Distribute Marijuana |
| | ) | |
| | ) | 18 U.S.C. § 1956 - |
| | ) | Money Laundering |
| Defendant. | ) | |

### SUPERSEDING INFORMATION

**COUNT ONE:**    **(21 U.S.C. § 846 - Conspiracy to Possess With Intent To Distribute and to Distribute Marijuana)**

The United States Attorney charges that:

From a date unknown, but no later than in or about June, 1999 and continuing until a date unknown, but no earlier than March 24, 2004, at Boston and Brookline, and elsewhere, in the District of Massachusetts, and elsewhere,

**1. JOHN CLARK,**

defendant herein, knowingly and intentionally combined, conspired, and agreed with Miguel Ibarra, a/k/a "John," a/k/a "Johnny," Jose Maria Salazar-Ibarra, a/k/a "Jose Salas," a/k/a "Arturo Blanco," a/k/a "Arthur," and with others known and unknown, to possess with intent to distribute and to distribute marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the conspiracy involved 100 kilograms or more of a mixture and substance containing a

detectable amount of marijuana, a Schedule I controlled substance.  Accordingly, Title 21, United States Code, Section 841(b)(1)(B) is applicable to this Count.

All in violation of Title 21, United States Code, Section 846.

COUNT TWO:        (18 U.S.C. § 1956 - Money Laundering)

The United States Attorney further charges that:

From on or about February 17, 2004, and continuing thereafter until at least March 5, 2004, in the District of Massachusetts, and elsewhere,

**JOHN CLARK,**

defendant herein, knowingly and willfully conducted and attempted to conduct a financial transaction affecting interstate and foreign commerce, that is, the use of a money remitter to make a payment of funds due to his credit card company, which involved the proceeds of a specified unlawful activity, that is, drug trafficking, with the intent to promote the carrying on of specified unlawful activity, that is, drug trafficking, and that while conducting and attempting to conduct such financial transaction knew that the property involved in the financial transaction, that is, funds in the amount of $987.05, represented the proceeds of some form of unlawful activity.

All in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i).

## CRIMINAL FORFEITURE ALLEGATION
### (21 U.S.C. § 853)

The United States Attorney further charges that:

1. As a result of committing the offenses alleged in Count One of this superseding information, in violation of 21 U.S.C. §846 and 841(b)(1)(B) (conspiracy to possess with intent to distribute and to distribute marijuana):

**JOHN CLARK,**

defendant herein, if convicted, shall forfeit to the United States, pursuant to 21 U.S.C. §853: (1) any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the charged offense; and (2) any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offense.

All in accordance with Title 18, United States Code, Section 853 and Rule 32.2(a), Federal Rules of Criminal Procedure.

MICHAEL J. SULLIVAN
United States Attorney

By: _____
RACHEL E. HERSHFANG
Assistant U.S. Attorney

Dated: February 28, 2005