# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                           Cr. No. 04-10075-PBS

John Clark, Miguel Ibarra

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☐ Ad Prosequendum          X Ad Testificandum.

Name of Detainee: **Lecotte Thompson**

Detained at (custodian): Metropolitan Detention Center, Brooklyn, NY

Detainee is:  a.)  ☐ charged in this district by:
                      ☐ Indictment     ☐ Information     ☐ Complaint

or    b.)   X a witness not otherwise available by ordinary process of the Court

Detainee will: a.)   X return to the custody of detaining facility upon termination of proceedings

or    b.)   ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

Appearance is necessary for the purpose of ___testimony___ on ___March 28, 2005 and thereafter___ at ___8:30 a.m.___ in courtroom number ___19___ on the ___7th___ floor before the Honorable ___Patti B. Saris___.

Attorney of Record for:

Rachel E. Hershfang
Assistant United States Attorney

Date: 2/28/05

2/28/05
allowed

/s/ Patti B. Saris

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | Lecotte Thompson | Male ✗ | Female ☐ |
| Booking or Fed. Reg. #: | 24592-038 | DOB: | |
| Facility Address: | P.O. Box 329001 | Race: | bl. |
| | Brooklyn, NY 11232 | FBI #: | |
| Facility Phone: | (718) 840-5005  fax | | |
| Currently Incarcerated For: | | | |

## RETURN OF SERVICE

Executed on _____ by _____

(habeus application.wpd - 2/23/98)