UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Court Original

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS, or any of his deputies, and to: Superintendent, Metropolitan Detention Center, Brooklyn, NY.

YOU ARE COMMANDED to have the body of Lecotte Thompson* now in your custody, before the United States District Court for the District of Massachusetts, 1 Courthouse Way, Boston, MA, Courtroom No. 19, on the 7th floor, on <u>March 28, 2005</u>, at <u>9:00 a.m.</u> through April 1, 2005, for the purpose of a Jury Trial in the case of United States of America V. John Clark and Miguel Ibarra 04-CR-10075-PBS. And you are to retain the body of said Lecotte Thompson while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said Lecotte Thompson to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this 28th day of February, 2005.

* D.O.B unknown
  SS# unknown
  Fed. Reg. # 24592-038

<u>PATTI B. SARIS</u>
United States District Judge

CLERK OF COURT
By: <u>Robert C. Alba</u>
Deputy Clerk