AO 455 (Rev. 5/85)   Waiver of Indictment

# United States District Court

DISTRICT OF __MASSACHUSETTS__

UNITED STATES OF AMERICA
V.

**WAIVER OF INDICTMENT**

CASE NUMBER: 04-10075-PBS

I, __John Clark__, the above named defendant, who is accused of

__violation of 18 USC §1956 (a)(1)(A)(i) and 21 USC § 846__

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __2/28/05__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Date

FILED
In Open Court
USDC, Mass.
Date 2/28/05
By

_____
Defendant

_____
Counsel for Defendant

Before_____
Judicial Officer