```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
                            )
     v.                     )    No. 04-10075-PBS
                            )
1. JOHN CLARK,              )
                            )
          Defendant.        )
```

**ASSENTED-TO MOTION TO ENLARGE TIME IN WHICH TO**
**<u>FILE STATEMENT OF OFFENSE CONDUCT</u>**

  The United States, by and through counsel, Michael J. Sullivan, United States Attorney, and Rachel E. Hershfang, Assistant United States Attorney, respectfully moves this Court for additional time (until May 23, 2005) in which to file its statement of offense conduct with respect to John Clark ("Clark").  That statement has already come due and has not yet been filed.

  The defendant, through counsel, assents to this motion.

  In support of this motion, the government states as follows:

  1. The government currently anticipates that co-defendant Miguel Ibarra will change his plea on May 16, 2005;

  2. There is a strong preference for joint statements of offense conduct for co-defendants, so that the Court may properly assess the relative role and actions of each defendant;

  3. Undersigned counsel for the government is on trial in United States v. Luis de la Cruz, 01-10118-REK, a trial that is currently scheduled to run through May 13;

4. A continuance for the filing date of the Clark conduct would allow counsel to conclude trial and to produce a consolidated statement of offense conduct relating to both defendants, rather than piecemeal statements of conduct for each.

Therefore, the government respectfully seeks until Monday, May 23 (the anticipated filing date for the Ibarra conduct, based on his currently-scheduled May 16 plea date) to file a join statement of offense conduct with respect to both Clark and Ibarra.

                                        Respectfully submitted,
                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                            By:   /s/ Rachel E. Hershfang
                                        RACHEL E. HERSHFANG
                                        Assistant U.S. Attorney

Dated: May 2, 2005