UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

CRIMINAL ACTION
NO.  04-10075-PBS

v.

JOHN CLARK

## NOTICE OF RESCHEDULED SENTENCING

SARIS, U.S.D.J.                                                                                       May 18, 2005

    The Sentencing previously scheduled for May 31, 2005, has been **rescheduled** to **June 10, 2005, at 3:45 p.m.**

By the Court,

_/s/ Robert C. Alba_
Deputy Clerk

Copies to:  All Counsel

resched.ntc