UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

CRIMINAL ACTION
NO.   04-10075-PBS

v.

JOHN CLARK

**NOTICE OF RESCHEDULED SENTENCING**

SARIS, U.S.D.J.                                                                                   May 18, 2005

    The Sentencing previously rescheduled to June 10, 2005, has been further **rescheduled** to **July 11, 2005, at 3:30 p.m.**

By the Court,

_/s/ Robert C. Alba_
Deputy Clerk

Copies to:  All Counsel

resched.ntc