UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

                       CRIMINAL ACTION
                       NO.   04-10075-PBS

v.

JOHN CLARK

## NOTICE OF RESCHEDULED SENTENCING

SARIS, U.S.D.J.                                                                                              September 19, 2005

      At the request of counsel, the Sentencing previously scheduled for October 19, 2005, has been **rescheduled** to **October 3, 2005, at 2:00 p.m.**

                                                        By the Court,

                                                           /s/ Robert C. Alba
                                                        Deputy Clerk

Copies to:  All Counsel

resched.ntc