UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION<br>NO.  04-10075-PBS |
| v. | |
| JOHN CLARK | |

**NOTICE OF RESCHEDULED SENTENCING**

SARIS, U.S.D.J.                                                                                    September 27, 2005

The Sentencing previously scheduled for October 3, 2005, has been **rescheduled** to **October 31, 2005 at 2:00 p.m.**

By the Court,

_/s/ Robert C. Alba__
Deputy Clerk

Copies to:  All Counsel

resched.ntc